UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
SONIA ELIS VIANA MALDONADO

CASE NO. 15-05340-BKT

CHAPTER 13

XXX-XX-7335

DEBTOR (S)

# TRUSTEE'S UNFAVORABLE REPORT
# ON PROPOSED POST CONFIRMATION PLAN MODIFICATION

TO THE HONORABLE COURT: NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

This is the Trustee's position regarding the request, under **11 U.S.C. §1329**, for the confirmation of a Chapter 13 Plan.

Debtor(s)' Income: **Under Median / 36 months commitment period.**   Gen Unsecured Pool: **$0.00**

The **LIQUIDATION VALUE** of the estate has been determined in **$0.00**   R2016 STM. **$3,000.00**

**TOTAL ATTORNEYS FEES THRU PLAN: $2,868.00    Fees paid: $1,285.00    Fees Outstanding: $1,583.00**

With respect to the proposed (amended) Plan dated: **4/26/2016** (Dkt 56). Plan Base: $**43,850.00**

The proposed (amended) plan can not be confirmed because it has the following deficiencies:

  - Other/Comments- // Debtor(s) has failed to submit evidence of having filed Tax Return for the year 2015. Debtor(s) s' tax refunds are generally considered projected (disposable income that should fund the plan. See In re Michaud, 399 B.R. 365, 372-73.

Due to the above described deficiencies in the proposed plan the Trustee Objects to the Confirmation of the same.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(s), and to her/his/their attorney through CM-ECF notification system.

In San Juan, Puerto Rico this May 10, 2016.

/s/ Jose R. Carrion

Jose R. Carrion -Chapter 13 Trustee
PO Box 9023884, San Juan PR 00902
Tel. 787-977-3535 Fax 787-977-3550

MC LD57 LC9