```
                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF PUERTO RICO
```

IN RE:  
SONIA ELIS VIANA MALDONADO

CASE NO. 15-05340-BKT

CHAPTER 13

DEBTOR (S)

TRUSTEE'S REPORT REGARDING THE STATUS
OF CHAPTER 13 PLAN PAYMENTS

TO THE HONORABLE COURT:

   José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, very respectfully alleges and prays:

   1. The Trustee hereby provides a report regarding the status of the Chapter 13 Plan payments in this case.

   2. As of May 27, 2016 our record of payments received in this case reflects the following:

   - Total Paid in:          $2,000.00
   - Balance on Hand:        $318.50
   - Last Payment date:      April 01, 2016
   - Last Payment Amount:    $350.00
   - Amount in Default:      $1,400.00
   - Plan Date:              December 14, 2015

   3. If debtor(s) have paid an amount greater than the amount stated above, then please provide the Office of the Chapter 13 Trustee with evidence of the payments totaling a different amount.

   WHEREFORE, the Chapter 13 Trustee respectfully prays that this information provided herein be taken in consideration in the pertinent proceedings before this Honorable Court.

   I HEREBY CERTIFY that on this date I notified a true copy of this document to the Debtor(s) to her/his/their address of record by first-class mail, and by electronic means (CM/ECF System) to her/his/their attorney of record.

   In San Juan, Puerto Rico this Friday, May 27, 2016.

/s/ Jose R. Carrion

JOSE R. CARRION  
CHAPTER 13 TRUSTEE  
P.O. Box 9023884,  
San Juan, P.R. 00902-3884  
Tel (787) 977-3535  
FAX (787) 977-3550