IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 15-05340 BKT |
| SONIA ELIS VIANA MALDONADO | * | CHAPTER 13 |
| DEBTOR | * | |

**DEBTOR'S MOTION AND NOTICE OF FILING OF SECOND POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN 11 USC §1329**

**TO THE HONORABLE COURT:**

**COMES NOW, SONIA ELIS VIANA MALDONADO,** the debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor is hereby submitting a post-confirmation modification of Chapter 13 Plan, 11 USC Section 1329, dated June 18, 2016, herewith and attached to this motion.

2. This Plan modification is filed to provide for the pre-petition and post-petition mortgage loan arrears owed to First Bank (POC #8-1) to be paid through the loss mitigation program/loan modification (approved on 03/31/2016) with First Bank, Trustee to make no disbursements to First Bank on this claim (POC #8-1), in addition the Plan is modified to include certain arrears in the Plan payments, and to reduce the scheduled Plan payment to $300 per month, reducing the proposed Plan base to $18,700.00, in the above captioned case.

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 3015(f)**

**Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

Page -2-
Post Confirmation Modification 11 USC 1329
Case no. 15-05340 BKT13

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular mail to the debtor and to all creditors and interested parties (Non CM/ECF participants) appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 18th day of June, 2016.

/s/Roberto Figueroa Carrasquillo
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                   Case No. **3:15-bk-5340**

**VIANA MALDONADO, SONIA ELIS**                                                           Chapter **13**
                            Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **6/18/2016**                                    ☐ AMENDED PLAN DATED: _____
☐ PRE  ☑ POST-CONFIRMATION                                   Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **300.00** x **2** = $ **600.00**
$ **350.00** x **4** = $ **1,400.00**
$ **0.00** x **5** = $ **0.00**
$ **300.00** x **49** = $ **14,700.00**
$ _____ x _____ = $ _____

TOTAL: $ **16,700.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **16,700.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,868.00**

Signed: _[signature]_
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **Anderson Financial** Cr. _____ Cr. _____
# **Claim 3-1** # _____ # _____
$ **4,872.48** $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**Coop Custo**          **Empresas Berrios**
5. ☐ Other:
_____

6. ☑ Debtor otherwise maintains regular payments directly to:
**First Bank PR**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☑ Classifies ☐ Does not Classify Claims.
1. (a) Class A: ☑ Co-debtor Claims / ☐ Other: _____
           ☑ Paid 100% / ☐ Other: _____
Cr. **Coop A/C Regla De C** Cr. _____ Cr. _____
# **Claim 1-1** # _____ # _____
$ **2,441.66** $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
* Debtor to provide Adequate Protection Payments to Anderson Financial through the Trustee in the sum of $100 per month until confirmation.
* Debtor surrenders collateral (shares & savings) to Coop A/C Regla de Oro.
* Debtor consents to the lift of stay in favor of First Bank 8-1 for loss mitigation purposes only; on March 31, 2016 the debtor was approved for a mortgage loan modification with First Bank; debtor is in the trial-period commencing in April/2016; all pre-petition arrears and post-petition arrears pursuant to First Bank's POC 8-1 will be included in the approved loan modification; Trustee will make no further disbursement on this claim (POC#8-1/9-1).

Attorney for Debtor **RFigueroa Carrasquillo Law Office PSC** _____ Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

```
Label Matrix for local noticing      COOP A/C LA REGLA DE ORO              CUSTO-COOP
0104-3                                RR-05 BOX 8755                        URB REPARTO METROPOLITANO
Case 15-05340-BKT13                   BO BUENA VISTA                        1100 CALLE 54 SE
District of Puerto Rico               BAYAMON, PR 00956-9287                SAN JUAN, PR 00921-2731
Old San Juan
Sat Jun 18 12:28:09 AST 2016

FIRSTBANK PR                          US Bankruptcy Court District of P.R.  AAA
RAFAEL A GONZALEZ VALIENTE ESQ        Jose V Toledo Fed Bldg & US Courthouse PO Box 70101
PO BOX 9022512                        300 Recinto Sur Street, Room 109      San Juan, PR  00936-8101
SAN JUAN, PR 00902-2512               San Juan, PR 00901-1964


ANDERSON FINANCIAL SVC OF PR          Anderson Financial Services Of PR     CUSTOCOOP
BORINQUEN TITLE LOANS                 DBA Borinquen Title Loans             ATTY ARTURO GONZALEZ
3440 PRESTON RIDGE RD SUITE 500       Urb Caguas Norte U-16 Calle Nebraska  PO BOX 193377
ALPHARETTA GA 30005-3823              Caguas, PR 00725-2246                 SAN JUAN PR 00919 3377


Coop A/C Empleados                    Coop A/C Regla De Oro                 Coop A/C Yabucoena
PO Box 12011                          RR5 Box 8755                          PO Box 1
San Juan, PR  00922-2011              Bayamon, PR 00956-9287                Yabucoa, PR  00767-0001


Coop Custo                            Depto De Transportacion Y Obras Publicas  EASTERN AMERICA INSURANCE CO
PO Box 19867                          PO Box 41269                          PO BOX 9023862
San Juan, PR  00910-1867              San Juan, PR  00940-1269              SAN JUAN, PR 00902-3862


Empresas Berrios                      FIRSTBANK                             FIRSTBANK MORTGAGE DIVISION (475)
PO Box 674                            ATTY RAFAEL GONZALEZ                  PO BOX 9146
Cidra, PR 00739-0674                  PO BOX 9022512                        SAN JUAN, PR 00908-0146
                                      SAN JUAN PR 00902 2512


First Bank PR                         Lcdo Luis A Arrufat Pimentel          Synchrony Bank
PO Box 13817                          RUA Numero 6270                       c/o of Recovery Management Systems Corp
San Juan, PR  00908-3800              Reparto Metropolitano 905 Ave De Diego  25 S.E. 2nd Avenue, Suite 1120
                                      San Juan, PR 00921-2504               Miami, FL 33131-1605


JOSE RAMON CARRION MORALES            MONSITA LECAROZ ARRIBAS               NANCY BAEZ MONTALVO
PO BOX 9023884                        OFFICE OF THE US TRUSTEE (UST)        URB CANA MM25 CALLE 8
SAN JUAN, PR 00902-3884               OCHOA BUILDING                        BAYAMON, PR 00957-6236
                                      500 TANCA STREET  SUITE 301
                                      SAN JUAN, PR 00901


ROBERTO FIGUEROA CARRASQUILLO         SONIA ELIS VIANA MALDONADO            End of Label Matrix
PO BOX 186                            URB VALENCIA                          Mailable recipients    25
CAGUAS, PR 00726-0186                 J&A TULIPAN II STREET                 Bypassed recipients     0
                                      BAYAMON, PR 00959-4135                Total                  25
```